# IN THE USDC WESTERN DISTRICT OF AR-FORT SMITH DIV., ARKANSAS CIVIL DIVISION

| | |
|---|---|
| **ROGER BURKE** | **PLAINTIFF** |
| V. | |
| **NOVARTIS PHARMACEUTICALS CORPORATION (ARKANSAS SECRETARY OF STATE FILING #: 100030892)** | |
| **NOVARTIS PHARMACEUTICALS CORPORATION (ARKANSAS SECRETARY OF STATE FILING #: 800103152)** | |
| and | **DEFENDANTS** |
| **LEISURE TIME PRODUCTS, LLC** | |

## MOTION FOR PRO HAC VICE OF RICHARD ELIAS

Pursuant to Local Rule 83.5(d), Plaintiffs, by and through the undersigned counsel, move for the admission, *pro hac vice*, of the following attorney to represent them and appear and participate on their behalf in this case as co-counsel:

> Richard Elias
> Missouri Bar #53820
> ***ELIAS LLC***
> 231 S. Bemiston Ave. Ste. 800
> St. Louis, MO 63105
> 314-391-6820
> Email: relias@EliasLLC.com

Richard Elias is a member in good standing of the State Bar of Missouri. *(See Exhibit A-1, Certificate of Good Standing from the Eastern District of Missouri, and Exhibit A-2, Certificate of Good Standing from The Missouri Supreme Court).*

Richard Elias affirms that he will be subject to and abide by the rules of this Court and also recognizes this Court's authority on matters of discipline. The following counsel maintains an

1

office in Arkansas, has previously entered an appearance in this case on behalf of the Plaintiff, and will continue to act as co-counsel for purposes of this proceeding:

>Shawn Daniels, AR Bar. No. 99126
>DANIELS LAW FIRM, PLLC
>129 West Sunbridge Drive
>Fayetteville, AR 72703
>PH: 479-521-7000
>FAX: 479-437-2007
>Email: shawn@danielsfirm.com

Wherefore, Plaintiffs requests the Court to grant the above-named counsel permission to appear and participate *pro hac vice* in this action.

By: _____
Richard Elias
Missouri Bar #53820
***ELIAS LLC***
231 S. Bemiston Ave. Ste. 800
St. Louis, MO 63105
314-391-6820
Email: relias@EliasLLC.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of _____, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send a notification of such filing to all counsels of record.

By: _____
Richard Elias
Missouri Bar #53820

# IN THE USDC WESTERN DISTRICT OF AR-FORT SMITH DIV., ARKANSAS CIVIL DIVISION

| | |
|---|---|
| ROGER BURKE | PLAINTIFF |
| v. | |
| NOVARTIS PHARMACEUTICALS CORPORATION (ARKANSAS SECRETARY OF STATE FILING #: 100030892) | |
| NOVARTIS PHARMACEUTICALS CORPORATION (ARKANSAS SECRETARY OF STATE FILING #: 800103152) | |
| and | DEFENDANTS |
| LEISURE TIME PRODUCTS, LLC | |

## ORDER GRANTING MOTION FOR PRO HAC VICE OF RICHARD ELIAS

BE IT REMEMBERED on the ____ day of _____, 2020, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Richard Elias ("Applicant"), counsel for Plaintiff Roger Burke and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Plaintiff Roger Burke in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Rule 83.5(d), immediately tender the amount of $100.00, made payable to: _____

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____, 2020.

                                                                _____
                                                                JUDGE PRESIDING

Copies to:

Richard Elias, MO Bar. No. 53820
ELIAS LLC
231 S. Bemiston Ave. Ste. 800
St. Louis, MO 63105
PH: 314-391-6820
Email: relias@EliasLLC.com


Shawn Daniels, AR Bar. No. 99126
DANIELS LAW FIRM, PLLC
129 West Sunbridge Drive
Fayetteville, AR 72703
PH: 479-521-7000
FAX: 479-437-2007
Email: shawn@danielsfirm.com