IN THE USDC WESTERN DISTRICT OF AR-FORT SMITH DIV.,
ARKANSAS CIVIL DIVISION

**ROGER BURKE**                                                              **PLAINTIFF**

**V.**

**NOVARTIS PHARMACEUTICALS CORPORATION (ARKANSAS SECRETARY OF STATE FILING #: 100030892)**

**NOVARTIS PHARMACEUTICALS CORPORATION (ARKANSAS SECRETARY OF STATE FILING #:800103152)**

and                                                                          **DEFENDANTS**

**LEISURE TIME PRODUCTS, LLC**

## MOTION FOR PRO HAC VICE OF RICHARD ELIAS

Pursuant to Local Rule 83.5(d), Plaintiff, by and through the undersigned counsel, move for the admission, *pro hac vice*, of the following attorney to represent them and appear and participate on their behalf in this case as co-counsel:

    Lawana S. Wichmann
    Missouri Bar #53999
    ***ONDERLAW, LLC***
    110 E. Lockwood
    St. Louis, MO 63110
    314-963-9000
    314-963-1700 (fax)
    Email: wichmann@onderlaw.com

Lawana S. Wichmann is a member in good standing of the State Bar of Missouri. *(See Exhibit A-1, Certificate of Good Standing from the Eastern District of Missouri).*

Lawana S. Wichmann affirms that she will be subject to and abide by the rules of this Court and also recognizes this Court's authority on matters of discipline. The following counsel

maintains an office in Arkansas, has previously entered an appearance in this case on behalf of the Plaintiff, and will continue to act as co-counsel for purposes of this proceeding:

        Shawn Daniels, AR Bar. No. 99126
        DANIELS LAW FIRM, PLLC
        129 West Sunbridge Drive
        Fayetteville, AR 72703
        PH: 479-521-7000
        FAX: 479-437-2007
        Email: shawn@danielsfirm.com

Wherefore, Plaintiffs requests the Court to grant the above-named counsel permission to appear and participate *pro hac vice* in this action.

By: *Shawn Daniels*
    Shawn Daniels
    Arkansas Bar No. 99126
    ***DANIELS LAW FIRM, PLLC***
    129 West Sunbridge Dr
    Fayetteville, AR 72703
    PH: 479-521-7000
    FAX: 479-437-2007
    Email: shawn@danielsfirm.com
    **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this __13th__ day of __July__, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send a notification of such filing to all counsels of record.

By: *Shawn Daniels*
    Shawn Daniels
    Arkansas Bar No. 99126

IN THE USDC Western District of AR-Fort Smith Div., ARKANSAS
CIVIL DIVISION

**ROGER BURKE**                                          **PLAINTIFF**

**V.**

**NOVARTIS PHARMACEUTICALS**
**CORPORATION**
**(ARKANSAS SECRETARY OF**
**STATE FILING #: 100030892)**

**NOVARTIS PHARMACEUTICALS**
**CORPORATION**
**(ARKANSAS SECRETARY OF**
**STATE FILING #: 800103152)**

and                                                      **DEFENDANTS**

**LEISURE TIME PRODUCTS, LLC**

## ORDER GRANTING MOTION FOR PRO HAC VICE OF RICHARD ELIAS

BE IT REMEMBERED on the ____ day of _____, 2020, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Lawana S. Wichmann ("Applicant"), counsel for Plaintiff Roger Burke and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Plaintiff Roger Burke in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Rule 83.5(d), immediately tender the amount of $100.00, made payable to: _____

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____, 2020.

                                                   _____
                                                   JUDGE PRESIDING

Copies to:

    Lawana S. Wichmann, MO Bar. No. 53999
    OnderLaw, LLC
    110 E. Lockwood
    St. Louis, MO 63119
    PH: 314-963-9000
    FAX: 314-963-1700
    Email: wichmann@onderlaw.com


    Shawn Daniels, AR Bar. No. 99126
    DANIELS LAW FIRM, PLLC
    129 West Sunbridge Drive
    Fayetteville, AR 72703
    PH: 479-521-7000
    FAX: 479-437-2007
    Email: shawn@danielsfirm.com