# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI



**CERTIFICATE OF GOOD STANDING**

I, __GREGORY J. LINHARES__, *Clerk of this Court,*

*certify that* __Lawana Sue Wichmann__, *Bar #* __53999MO__,

*was duly admitted to practice in this Court on*

__August 7, 2015__, *and is in good standing*
*DATE*

*as a member of the Bar of this Court.*

*Dated at* __St. Louis, Missouri__ *on* __May 13, 2020__.
*LOCATION*                          *DATE*



*CLERK*

/s/ Elizabeth A. Kirkland
*DEPUTY CLERK*