UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROGER BURKE                                                                                              PLAINTIFF

v.                                              No. 2:20-CV-02032

NOVARTIS PHARMACEUTICALS
CORPORATION                                                                                          DEFENDANT

## ORDER

Before the Court is Plaintiff Roger Burke's motion (Doc. 41) to stay. Defendant Novartis Pharmaceuticals Corporation filed a response (Doc. 42) in opposition. Plaintiff requests the Court stay all discovery and other proceedings pending the resolution of Plaintiff's 28 U.S.C. § 1407 motion to transfer to the Judicial Panel on Multidistrict Litigation. Plaintiff's § 1407 motion is currently scheduled for a July 29, 2021, hearing and Plaintiff represents that if the § 1407 motion is granted, 19 similar federal Tasinga product liability cases will be transferred. Defendant argues it will be prejudiced by a stay because discovery has already begun and if a stay is entered and Plaintiff's § 1407 motion is not granted, an amended scheduling order will be required. Defendant also argues any dispositive motion it files in this case will dispose of the case on the merits and Defendant would be prejudiced by having other cases progress to trial ahead of the instant litigation.

"A district court has broad discretion to stay proceedings when appropriate to control its docket[.]" *Sierra Club v. U.S. Army Corps of Eng'rs*, 446 F.3d 808, 816 (8th Cir. 2006) (citing *Clinton v. Jones*, 520 U.S. 681, 706 (1997)). This power to stay proceedings is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The Court finds judicial economy and efficiency weigh in favor of a stay in this case.

Further, in weighing the relative harm to the parties, the Court finds Defendant will not be substantially prejudiced by a stay.

    IT IS THEREFORE ORDERED that the motion to stay (Doc. 41) is GRANTED.

    IT IS FURTHER ORDERED that this case is STAYED for sixty days from entry of this order.

    IT IS SO ORDERED this 28th day of June, 2021.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE